**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 236 MAL 2015 |
| Respondent | |
| v. | Petition for Allowance of Appeal from the Order of the Superior Court |
| VICTORIA C. GIULIAN, | |
| Petitioner | |

**ORDER**

**PER CURIAM**

AND NOW, this 9th day of September, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Did the Superior Court commit an error of law in finding that the Petitioner was not statutorily eligible to have her summary convictions expunged pursuant to 18 Pa.C.S.A. § 9122(b)(3) despite the fact that Petitioner has been free of arrest and prosecution for more than sixteen years following the convictions, over ten years longer than the statutory requirement?